UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIEGO ALEJANDRO MONTES-ROLDAN, Reg. No. 74362-509, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civil No. 24-cv-1594-JPG <br><br> Criminal No. 21-cr-40071-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Diego Alejandro Montes-Roldan's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Diego Alejandro Montes-Roldan, and that this case is dismissed with prejudice.

**DATED: September 22, 2025**         **MONICA A. STUMP, Clerk of Court**

                                                        **s/Tina Gray, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**